**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOME, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *    Case No.: **1:21-cv-00493-BAH** |
| | * |
| THE HANOVER INSURANCE COMPANY, | * |
| *et al.*, | * |
| | * |
| Defendants. | * |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

Defendants Maury, Donnelly & Parr, Inc., The Hanover Insurance Company, and Hanover American Insurance Company ["Defendants"], by and through undersigned counsel and pursuant to the Rules and Orders of this Honorable Court, and with the consent Plaintiff, hereby respectfully move to amend the Scheduling Order in this matter.   In support thereof, Defendants state as follows:

1.      The currently-applicable Scheduling Order was entered by the Court via Minute Order on July 22, 2022.

2.      Since the time the Scheduling Order was last amended, the Parties agreed to temporarily postpone discovery in hopes of reducing litigation costs for their respective parties, as well as to enable Plaintiff and Defendants Hanover American Insurance Company and Hanover Insurance Company [the "Hanover Defendants"] to prepare and submit cross-motions for summary judgment on the insurance coverage dispute.  The Parties reasoned that the resolution of those Motions could significantly impact the trajectory of the lawsuit.

3.      On July 21, 2022, Plaintiff filed a motion for summary judgment as to its claims against the Hanover Defendants.  On August 2, 2022 Defendants Hanover American Insurance

Company and Hanover Insurance Company filed a motion for summary judgment. Oppositions and Replies have been filed as to all pending Motions for Summary Judgment.

4.     Under the currently-applicable Scheduling Order, fact discovery is set to close on November 23, 2022, with Defendants' expert disclosures due November 18, 2022.

5.     As the Parties consider moving forward with discovery, they respectfully request that the Court enter an order amending the following deadlines in the currently-applicable Scheduling Order:

a.     By February 24, 2023, fact discovery shall be completed;

b.     By February 17, 2023, any defense expert disclosures, other than those relating to the coverage dispute between Plaintiff and the Hanover Defendants, shall be served;

c.     By March 17, 2023, any reply expert reports shall be served;

d.     By April 21, 2023, expert discovery shall be completed; and

e.     By April 28, 2023, the parties shall file any additional dispositive motions.

7.     By agreement of counsel, the Hanover Defendants shall make their expert disclosure as to the coverage issues only no later than November 18, 2023. All other defense expert disclosures would not be due until February 17, 2023.

8.     Good cause exists to amend the Scheduling Order, as the pending Motions for Summary Judgment may significantly impact the discovery needed in this matter.

9.     The relief requested will not unfairly prejudice any party, as evidenced by the consent of Plaintiff hereto, and is necessary to enable the parties to complete trial preparation on the issues that remain following the disposition of dispositive motions.

- 3 -

WHEREFORE, for the reasons set forth above, Defendants—with the consent of

Plaintiff—respectfully request that this Honorable Court amend the Scheduling Order as set forth

in the contemporaneously-filed proposed order, and for such additional relief as this Court may

deem necessary and appropriate.

Respectfully submitted,

JORDAN COYNE LLP

FUTROVAKY, FORSTER & SCHERR, CHARTERED

By:___/s / Padraic K. Keane_____
   Padraic K. Keane, Bar #486285
   10201 Fairfax Boulevard, Suite 520
   Fairfax, VA 22030
   Telephone: (703) 246-0900
   Fax: (703) 591-3673
   E-mail: p.keane@jocs-law.com

By:___/s / Todd P. Forster_____
   Todd P. Forster
   The Tower Building
   1101 Wooton Parkway, Suite 550
   Rockville, MD 20852
   Telephone: (301) 251-8500
   E-mail: tforster@futrovsky.com

*Counsel for Defendant, Maury, Donnelly & Parr, Inc.*

*Counsel for The Hanover Insurance Company and The Hanover American Insurance Company*

SINNOTI NUCKOLS & LOGAN, P.C.

By:___/s / Kenneth F. Hardt_____
   Kenneth F. Hardt, Esquire
   13811 Village Mill Drive
   Midlothian, VA 23114
   Telephone: (804) 893-3861
   Fax: 804-378-2610
   E-mail: khardt@snllaw.com

*Pro Hac Vice Counsel for The Hanover Insurance Company and The Hanover American Insurance Company*

- 3 -

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion to Amend Scheduling Order was electronically filed and served through the Court's ECF System this 4th day of November, 2022 upon:

Michael Evan Jaffe, Esquire
Laura Freid-Studlo, Esquire
PILLSBURYWINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC  20036-3006
 Michael.jaffe@pillsburylaw.com
 Laura.freidstudlo@pillsburylaw.com
 *Counsel for Plaintiff*

Todd P. Forster, Esquire
FUTROVSKY, FORSTER & SCHERR, CHARTERED
The Tower Building
1101 Wootton Parkway, Suite 550
Rockville, MD  20852
 tforster@futrovsky.com
 *Counsel for Defendants The Hanover Insurance*
 *Company and The Hanover American Insurance Company*

Mark C. Nanavati, Esquire
Kenneth F. Hardt, Esquire
SINNOTT NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, VA  23114
 mnanavati@snllaw.com
 khardt@snllaw.com
 *Pro Hac Vice Counsel for Defendants*
 *The Hanover Insurance Company and*
 *The Hanover American Insurance Company*

_____/ s / Padraic K. Keane_____
Padraic K. Keane

- 4 -